UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

UNITED STATES OF AMERICA,

                Plaintiff,

       -against-

    TERESA SHEEHAN

              Defendant.

Case No.: ___23 MAG 4116___ (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated:      _3___ day of _November_____, 20 _23_
            White Plains, New York